**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ENRIQUE MURILLO ZARATE,<br><br>            Defendant. | 2:14-cr-00062-HDM-GWF<br>2:17-cv-01846-HDM<br><br>ORDER |

    The government shall file a response to the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 54) on or before September 22, 2017.

    IT IS SO ORDERED.

    DATED: This 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE